# IN THE UNITED STATES DISTRICT COURT,
## IN AND FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| LINDA SUDA,<br><br>          Plaintiff,<br>vs.<br><br>PROVO LODGE #849 BENEVOLENT ORDER OF ELKS, A Utah Corporation, John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X.<br><br>          Defendants. | ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE<br><br>Case No. 2:18-CV-457-DBP<br><br>Magistrate Dustin B. Pead |

This matter is before the Court pursuant to the Stipulated Motion to Dismiss With Prejudice (the "Motion") filed by the parties on January 10, 2019. (ECF No. 15.) Upon review, there appears good cause for the motion to be GRANTED.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this matter is dismissed with prejudice, with all parties to bear their own fees and costs.

DATED the 10th day of January, 2019

BY THE COURT

_____
Dustin B. Pead
United States Magistrate

1

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on the 10th day of January, 2019, I caused a true and correct copy of the foregoing ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE to be filed with the Court via CM/ECF, which caused notice to be served upon all e-filing counsel of record via the Court's Notice of Electronic Filing [NEF].

/s/ Matthew B. Crane